UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES -- GENERAL

Case No.   **CV 11-10169-MWF(FMOx)**                                         Dated: **July 16, 2013**

Title:     Source One Staffing, LLC -*v*- Patriot National Insurance Group, et al.

---

PRESENT:  HONORABLE MICHAEL W. FITZGERALD, U.S. DISTRICT JUDGE

| Rita Sanchez | None Present |
| Courtroom Deputy | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFFS:         ATTORNEYS PRESENT FOR DEFENDANTS:

None Present                                                       None Present

PROCEEDINGS (IN CHAMBERS):          COURT ORDER

In light of the Notice of Filing Order filed July 10, 2013, the Court sets a hearing on Order To Show Cause Re Dismissal for **August 12, 2013, at 11:30 a.m.** If the stipulated dismissal is filed prior to this date, the matter will be taken off calendar. All other dates are hereby vacated.

IT IS SO ORDERED.

MINUTES FORM 90                                                   Initials of Deputy Clerk   rs
CIVIL - GEN

-1-