UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES -- GENERAL

Case No.   **CV 11-10169-MWF (FMOx)**                    Date:   **November 26, 2013**
           **CV 12-02910-MWF (FMOx)**

Title:     Source One Staffing LLC -v- Patriot National Insurance Group, et al.
           Ullico Casualty Company -v- Source One Staffing, LLC

PRESENT: HON. MICHAEL W. FITZGERALD, U.S. DISTRICT JUDGE

    Rita Sanchez                                                None Present
    Courtroom Deputy                              Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFF:    ATTORNEYS PRESENT FOR DEFENDANT:
    None Present                                             None Present

PROCEEDINGS (IN CHAMBERS):   ORDER DISCHARGING OSC [34] AND SETTING ORDER TO SHOW CAUSE

      On September 24, 2013, the Court issued an Order to Show Cause, requiring Counsel to respond in writing by November 25, 2013, as to whether or not there has been a response from the receiver in Delaware.  (Case No. 11-10169, Docket No. 34).  On November 21, 2013, counsel for Defendant Ullico Casualty Company filed a Response, stating that the liquidation proceeding in Delaware continues, the Receiver has not responded, and counsel for Defendants are thus without authority to proceed in this matter.  (Case No. 11-10169, Docket No. 35; Case No. 12-02910, Docket No. 32).  The Response complied with the Order to Show Cause.  Accordingly, the Order to Show Cause (Case No. 11-10169, Docket No. 34) is hereby **DISCHARGED**.

      The Court issues another **Order to Show Cause**.  Counsel must respond in writing by **January 6, 2014**, as to the status of Ullico Casualty Company's liquidation proceeding in Delaware and whether there has been a response from the Receiver.  The Court intends for this Order to Show Cause to be the Receiver's last opportunity to respond.  Unless the Receiver has responded substantively by January 6, 2014, this Court will hold a telephonic status conference regarding the dismissal of both of these actions without prejudice.

      IT IS SO ORDERED.